JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DOYLE DARNELL DAVIS,** | ) | **NO. CV 15-6301-GHK (KLS)** |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| **E. VALENZUELA,** | ) | |
| **Respondent.** | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 9/8/15

_____
George H. King
Chief United States District Judge

1